IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MUMIA ABU JAMAL**, *et al.*, | : | **CIVIL ACTION NO. 1:14-CV-2148** |
| | : | |
| **Plaintiffs** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **KATHLEEN KANE**, Attorney General of Pennsylvania, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

___

| | | |
|---|---|---|
| **PRISON LEGAL NEWS**, *et al.*, | : | **CIVIL ACTION NO. 1:15-CV-45** |
| | : | |
| **Plaintiffs** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **KATHLEEN KANE**, Attorney General of Pennsylvania, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this 28th day of April, 2015, upon consideration of plaintiffs' motions seeking preliminary injunctive relief in the above-captioned actions, and for the reasons set forth in the accompanying memorandum, it is ORDERED that plaintiffs' motions (Abu-Jamal Doc. 18; PLN Doc. 2) are CONSTRUED as motions for summary judgment and permanent injunctive relief and are GRANTED as so construed.  It is further ORDERED and DECLARED that the Commonwealth's Revictimization Relief Act, 18 PA. CONS. STAT. § 11.1304, is unconstitutional in

violation of the First and Fifth Amendments to the United States Constitution, and the enforcement thereof is hereby and permanently ENJOINED. The Clerk of Court shall enter declaratory judgment in favor of plaintiffs and against defendant and thereafter close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania